# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 20 PM 12: 1
CLERK US DISTRICT COU
SOUTHERN DISTRICT OF CALIF
DE

JOEL HARRINGTON
Plaintiff

vs

DUXFORD FINANCIAL INC.
CHASE HOME FINANCE, LLC.
and, DOES 1 through 65,
INCLUSIVE

Defendants

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1537 BTM RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joel Harrington
P.O. Box, 502532
San Diego, California 92150

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | AUG 20 2008 |
| CLERK | DATE |
| K. HAMMERLY | |
| By (SEAL), Deputy Clerk | |