# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL HARRINGTON,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>CHASE HOME FINANCE, LLC., et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08cv1537 BTM(RBB)<br><br>**ORDER DENYING AS MOOT MOTIONS TO DISMISS, MOTIONS FOR MORE DEFINITE STATEMENT, AND MOTIONS TO STRIKE** |

　　　　Previously, Duxford Financial, Inc. ("Duxford") and Chase Home Finance LLC ("Chase") filed motions to dismiss for failure to state a claim, motions for a more definite statement, and motions to strike. After the motions were filed, Plaintiff filed a First Amended Complaint, which does not name Duxford as a defendant. Due to the filing of the First Amended Complaint, the motions to dismiss, motions for a more definite statement, and motions to strike, all of which address the original complaint, are **DENIED AS MOOT**. Of course, this Order is without prejudice to Chase filing new motions in response to the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: November 12, 2008

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge